# EXHIBIT 4

## Submitted Under Seal