# EXHIBIT 5

## Submitted Under Seal