# EXHIBIT 6

KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

609 Main Street
Houston, TX 77002
United States

Christie M. Alcala
To Call Writer Directly:
+1 713 836 3367
christie.alcala@kirkland.com

+1 713 836 3600

Facsimile:
+1 713 836 3601

www.kirkland.com

April 7, 2025

**VIA OVERNIGHT MAIL**

Moe Gohary, Chief Executive Officer
Donyati, LLC
Wilson Professional Center
3200 Bailey Ln, Suite 275
Naples, FL 34105

***RE: Continuing Obligations to Argano, LLC***

Dear Mr. Gohary:

Please be advised that this firm represents Argano, LLC (collectively, with its subsidiaries "***Argano***"). It has come to the attention of Argano that each of Danielle White, Grace Halliday, Melissa O'Blenis and Ronald Guadagno (collectively, the "***Former Employees***")) recently commenced employment with Donyati, LLC ("***Donyati***"). I am writing to advise you that each of the Former Employees has continuing contractual and fiduciary obligations to Argano, which include for Ms. White restrictions on her competitive activities. I request that Donyati provide written assurances that none of the Former Employees is in breach of these obligations owed to Argano by working for Donyati.

In particular, in connection with her receipt of options, Ms. White is bound by non-competition restrictions for a period of six (6) months following the termination of her employment with Argano. At a high level, this non-competition restriction prohibits Ms. White from providing services to any Competitive Business in the Restricted Area. "***Competitive Business***" means (a) providing information technology systems integration and implementation services, including, without limitation, digital front office and back office solutions to enterprise and mid-market clients, including, without limitation, deployment of CPQ, ERP, CRM, HCM, Business Intelligence and Public Cloud solutions for any major software publisher, including, without limitation, Oracle Corporation or any of its affiliates, Salesforce.com, Inc. or any of its affiliates, Microsoft Corporation or any of its affiliates, and SAP AG or any of its affiliates, (b) any other business activities conducted by Argano and (c) any business activities that Argano is actively and demonstrably planning to pursue, in each case of clauses (b) and (c) above, at the time of Ms. White's termination of employment. "***Restricted Area***" means anywhere in the United States of America.

In addition, the Former Employees are prohibited from disclosing or using any of Argano's confidential information; and for the 12 months following employment, engaging in or assisting others in soliciting, recruiting or hiring any persons employed by Argano in the 12 months prior to their last day of employment with Argano; soliciting or contacting or assisting any other person or entity to solicit or contact any Argano customer for purposes of offering or accepting goods or services similar to or competitive with those offered by Argano; entering into an agreement with or accept business from any Argano customer with respect to goods or services similar to or competitive with those offered by Argano; or taking any action that has the purpose of interfering in the relationship between Argano and any of its vendors

Argano recently learned that the Former Employers have been hired as employees of Donyati, a direct competitor of Argano. Each of the Former Employees had extensive knowledge of Argano's confidential and trade secret information and Argano's relationships with its customers and employees. Accordingly, Argano is greatly concerned that its legitimate business interest that it sought to protect through the restrictions described above are at risk.

In light of the above, it is imperative that Donyati provide assurances that, despite all appearances, each of the Former Employees is not in breach of his or her continuing obligations to Argano. Argano requests that Donyati confirm in writing that it has not engaged, and will not engage in, any conduct that interferes with the performance of each of the Former Employee's obligations to Argano. If Donyati has hired any of the Former Employees, Argano requires that Donyati provide information regarding the following: (a) proposed job title and specific details regarding the services such Former Employee intends to provide to Donyati for the next 12 months; and (b) the measures Donyati would to take to prevent the use or disclosure of the confidential and proprietary information of Argano and the breach of the Former Employee's obligations to Argano.

Argano takes each of the Former Employee's continuing obligations very seriously and expects that Donyati will respect these obligations also. Kindly provide a response, directed to my attention, containing the above information and assurances no later than April 14, 2025. If Donyati fails to provide a satisfactory written statement addressing these items, or if our further investigation uncovers further evidence of wrongdoing, Argano will take appropriate legal action to preserve its rights.

We strongly encourage you and the Former Employees to resolve this situation to Argano's satisfaction promptly. Please contract me directly if you have any questions or would like to discuss the matter further.

Sincerely,

Christie M. Alcalá