# EXHIBIT 11

**From:** Alcala, Christie M.
**To:** Elizabeth Frederic
**Subject:** FW: Cease and Desist Letter from Argano Ultimate Holdings LLC
**Date:** Sunday, April 13, 2025 1:07:00 PM

[redacted]

[redacted]

Christie Alcala

KIRKLAND & ELLIS LLP
609 Main Street, Houston, TX 77002
T +1 713 836 3367 M +1 832 388 2358
F +1 713 836 3601

christie.alcala@kirkland.com

**From:** Ron Guadagno <ronald_guadagno@yahoo.com>
**Sent:** Sunday, April 13, 2025 11:07 AM
**To:** Alcala, Christie M. <christie.alcala@kirkland.com>
**Subject:** Re: Cease and Desist Letter from Argano Ultimate Holdings LLC

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Dear Ms. Alcala,

I am confirming receipt of your correspondence dated April 7, 2025 and affirm I am in compliance, and will continue to be in compliance, with all post-employment obligations (to the extent such obligations are not contrary to applicable laws) and I do not have in my possession any Argano property, including confidential information or other proprietary materials. This will be the only correspondence you will receive from me as it pertains to this matter.

Best Regards,

Ron Guadagno

On Apr 7, 2025, at 12:14 PM, Alcala, Christie M. <christie.alcala@kirkland.com> wrote:

Dear Mr. Guadagno.

Please find attached the Cease and Desist Letter from Christie Alcalá, sent on behalf of her client, Argano Ultimate Holdings LLC.

Please direct any questions or response to Christie Alcalá at christie.alcala@kirkland.com .

**Gwendolyn Bell***
Practice Assistant to Richard Husseini, P.C., David Cole, P.C.,
Christie Alcalá, Leah Davis Patrick, Christine Shang, Jacob Walley
Anna Swanson, Griffin Peeples, Kellie Keeling and Polly Razmdideh

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3562 **M** +1 832 459 1393
**F** +1 713 836 3601

gwen.bell@kirkland.com

*Notary Public - State of Texas

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.