**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARGANO ULTIMATE HOLDINGS, LLC, ARGANO, LLC, | § | |
| *Plaintiffs*, | § | Case No. 2:25-cv-00976-JRG-RSP |
| v. | § | |
| DONYATI, LLC, RONALD GUADAGNO, DYANA KARCHER, MELISSA O'BLENIS, WILLIAM POSEY, DANIELLE WHITE, | § | |
| *Defendants*. | § | |

**ORDER REGARDING FORENSIC DISCOVERY**

Before the Court are the Parties' Joint Stipulations Regarding Forensic Discovery. **Dkt. Nos. 115 (Donyati), 122 (Individual Defendants)**. For the reasons orally assigned at the November 2, 2026, evidentiary hearing, and pursuant to the various stipulations of the parties, the Court orders that the parties promptly proceed with the forensic examinations of the devices set out in the Joint Stipulations and the attachments thereto, including those filed at Dkt. Nos. 115-1, 116-1, and 115-3 for Donyati, and Dkt. Nos. 122-1, 122-2, and 124-1 (Individual Defendants).

**SIGNED this 11th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE